UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD SCHALL,

                            Plaintiff,     Case No. 20-cv-12972
                                           Honorable Shalina D. Kumar
v.                                         Magistrate Judge Elizabeth A. Stafford

NEUVILL, et al.,

                            Defendants.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 30),
GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(ECF NO. 20), AND DISMISSING CASE**

---

On March 11, 2022, Magistrate Judge Stafford issued a Report and Recommendation ("R&R") (ECF No. 30) on Defendants' Motion for Summary Judgment (ECF No. 20). The R&R recommends that the Court grant Defendants' motion. ECF No. 30. Neither party has filed an objection to the R&R.

The Court having reviewed the record, the R&R is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 20) is **GRANTED.**

**IT IS FURTHER ORDERED** that this case is **DISMISSED.**

<u>s/ Shalina D. Kumar</u>
SHALINA D. KUMAR
Dated: April 25, 2022            United States District Judge